## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09 B 07490 |
| Lashonda Munson, ) | HON. WEDOFF |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |

## NOTICE OF MOTION

TO:   Marilyn O. Marshall, 224 S. Michigan, Suite 800, Chicago, IL 60604 via electronic notice; and

See attached service list.

**PLEASE TAKE NOTICE** that on **June 18, 2009 at 9:00 a.m.**, in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the HONORABLE JUDGE WEDOFF, and shall then and there present the attached motion at which place and time you may appear if you see fit.

## PROOF OF SERVICE

The undersigned certifies that she sent or mailed a copy of this notice to the Chapter 13 Trustee via electronic court notification, to the above named addressed via facsimile and to the attached service list via U.S. Mail with postage prepaid from the mail chute located at 20 S. Clark St., 28th Floor, Chicago, IL 60603 on June 11, 2009.


    */s/ Aaron Weinberg*
Attorney for Debtor
Robert J. Semrad & Associates
20 S. Clark St.
28th Floor
Chicago, IL 60603
(312) 913-0625

```
Label Matrix for local noticing          Capital One Auto Finance              ECMC
0752-1                                    P O Box 829009                       P.O. Box 75906
Case 09-07490                             Dallas, TX 75382-9009                St. Paul, MN 55175-0906
Northern District of Illinois
Chicago
Thu Jun 11 13:19:23 CDT 2009

U.S. Bankruptcy Court                     Arnold Scott Harris P.C.             Atlantic Credit & Finance, Inc
Eastern Division                          600 W Jackson Blvd.  Suite 720       P.O. Box 13386
219 S Dearborn                            Chicago, IL 60661-5683               Roanoke, VA 24033-3386
7th Floor
Chicago, IL 60604-1702


Bank of America NA                        City of Chicago Department of Revenue   Collection Company Of
Recovery Management                       c/o Arnold Scott Harris PC.             700 Longwater Dr
MD4-301-16-01                             222 Merchandise Mart Plaza Ste.1900     Norwell, MA 02061-1796
225 North Calvert Street                  Chicago, IL 60654-1421
Baltimore, MD 21202-3504


Credit Management                         Credit Protect Assoc.                Devry Inc
4200 International Pwy                    Po Box 802068                        1 Tower Ln
Carrolton, TX 75007-1912                  Dallas, TX 75380-2068                Oakbrook Terrace, IL 60181-4663


Enhanc Rcvry                              Fast Cash Advance, Inc.              Harvard Collection
8014 Bayberry Rd                          10311 West Roosevelt Road            4839 N Elston Ave
Jacksonville, FL 32256-7412               Westchester, IL 60154-2520           Chicago, IL 60630-2589


(p)INTERNAL REVENUE SERVICE               Jefferson Capital                    Midland Credit
CENTRALIZED INSOLVENCY OPERATIONS         16 Mcleland Rd                       8875 Aero Dr. Ste 200
PO BOX 21126                              Saint Cloud, MN 56303-4725           San Diego, CA 92132-0001
PHILADELPHIA PA 19114-0326


NCO Financail                             NORTH STAR CAPITAL ACQUISITIONS LLC  RJM Acquisitions LLC
507 Prudential Road                       c o Jefferson Capital Systems LLC    assignee Bookspan/Doubleday Bookclubs
Horsham, PA 19044-2368                    PO BOX 7999                          575 Underhill Blvd Ste 224
                                          SAINT CLOUD MN 56302-7999            Syosset, NY 11791-3416
                                          Orig By: TOTAL CARD


Rjm Acq Llc                               Roundup Funding, LLC                 Sallie Mae
575 Underhill Blvd                        MS 550                               Attn: Claims Dept
Syosset, NY 11791-3426                    PO Box 91121                         Po Box 9500
                                          Seattle, WA 98111-9221               Wilkes Barre, PA 18773-9500


Sallie Mae, Inc. on behalf of             Sallie Mae, Inc. on behalf of        State Collection Servi
CSAC/California Student Aid Commission    United Student Aid Funds, Inc.       Attn: Bankruptcy
CSAC/Ed Fund                              Attn: Bankruptcy Litigation Unit E3149   Po Box 6250
P.O. Box 419041                           P. O. Box 9430                       Madison, WI 53716-0250
Cordova, Ca. 95741-9041                   Wilkes-Barre, PA   18773-9430


Sunrise credit Services                   Verizon                              Verizon Wireless
260 Airport Plaza                         Po Box 3397                          26935 Northwestern Highway, Ste100
PO Box 9100                               Bloomington, IL 61702-3397           Southfield, MI 48033-8449
Farmingdale, NY 11735-9100
```

Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228-2228

city of chicago parking
121 N Lasalle Street ROOM 107A
Chicago, IL 60602-1232

Aaron M Weinberg
Robert J. Semrad and Associates
20 S. Clark St.
28th Floor
Chicago, IL 60603-1802

Lashonda Munson
PO Box 6351
River Forest, IL 60305-6351

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Michael A Miller
Robert J Semrad and Associates
20 S. Clark, 28th Floor
Chicago, IL 60603-1802

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
IRS Centralized Insolvency Operatio
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance
PO Box 829009
Dallas, TX 75382-9009

(d)ECMC
P.O Box 75906
St. Paul, MN 55175-0906

End of Label Matrix
Mailable recipients    36
Bypassed recipients     2
Total                  38

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 09 B 07490 |
| Lashonda Munson, ) | HON. WEDOFF |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |

**MOTION TO VOLUNTARILY DIMISS CASE**

NOW COMES the Debtor, by and through her attorneys, Robert J. Semrad & Associates, and hereby moves this Honorable Court to enter an order voluntarily dismissing Debtor's Chapter 13 case and states the following:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this case has been confirmed by this court.

3. That the Debtor has not converted the Chapter 13 case to a Chapter 7 case.

4. That the Debtor no longer wishes to continue with her plan of reorganization.

5. That Debtor requests that the instant case be dismissed.

WHEREFORE, Debtor moves this Honorable Court to enter an order voluntarily dismissing her Chapter 13 case.


____/s/ Aaron Weinberg_
Attorney for Debtor

Robert J. Semrad & Associates
20 S. Clark St.
28th Floor
Chicago, IL 60603
(312) 913-0625

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 09 B 07490 |
| Lashonda Munson, | ) | HON. WEDOFF |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |
| | ) | |

**ORDER TO VOLUNTARILY DISMISS THE DEBTOR'S CHAPTER 13 CASE**

THIS CAUSE COMING TO BE HEARD on Motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1. That the Debtor's Chapter 13 case be voluntarily dismissed.

Enter:

_____
United States Bankruptcy Judge

Robert J. Semrad & Associates
Attorney for Debtor
20 S. Clark St.
28th Floor
Chicago, IL 60603
(312) 913-0625